UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20503-Cr-Williams

United States of America,
        Plaintiff,

                          LANGUAGE: Creole

                          USM Number: 05742-104

Claude Thelemaque,
        Defendant.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Patrick A. White on 11/19/14, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENSE COUNSEL: Albert Levin Esq.

BOND SET: PTD (stip)

Dated: 11/19/14

                          STEVE LARIMORE
                          CLERK OF COURT

                          By: Deputy Clerk