UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>14- 20503-CR-WILLIAMS(s)</u>
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

CLAUDE THELEMAQUE,
   a/k/a "Teleco,"

       Defendant.
_____/

FILED BY __RB__
      Deputy Clerk
**May 14, 2015**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

From at least as early as in and around 2005, the exact date being unknown to the Grand Jury, and continuing through on or about February 23, 2012, in the countries of Colombia, Venezuela, Haiti, and elsewhere, the defendant,

**CLAUDE THELEMAQUE,**
a/k/a "Teleco,"

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to **CLAUDE THELEMAQUE, a/k/a "Teleco,"** the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and

substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Superseding Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CLAUDE THELEMAQUE, a/k/a "Teleco,"** has an interest.

2. Upon conviction of the violation alleged in this Superseding Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
KURT K. LUNKENHEIMER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO.   14-20503-CR-Williams(s)

vs.

CLAUDE THELEMAQUE,                **CERTIFICATE OF TRIAL ATTORNEY\***
a/k/a "Teleco,"

                    Defendant.
_____/  Superseding Case Information:

**Court Division**: (Select One)        New Defendant(s)          Yes _____   No __X__
                                        Number of New Defendants      0
_X_  Miami    ___ Key West              Total number of counts        1
___  FTL      ___ WPB    ___ FTP

       I do hereby certify that:

       1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of
           probable witnesses and the legal complexities of the Indictment/Information attached hereto.

       2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this
           Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,
           Title 28 U.S.C. Section 3161.

       3.  Interpreter:    (Yes or No)     __Yes__
           List language and/or dialect        Creole

       4.  This case will take  __5-7__  days for the parties to try.

       5.  Please check appropriate category and type of offense listed below:

           (Check only one)                              (Check only one)

       I      0 to 5 days      _____              Petty       _____
       II     6 to 10 days     __X__              Minor       _____
       III    11 to 20 days    _____              Misdem.     _____
       IV     21 to 60 days    _____              Felony      __X__
       V      61 days and over _____

       6.  Has this case been previously filed in this District Court? (Yes or No)   __Yes__
           If yes:
           Judge: Williams                          Case No.  14-20503-CR
           (Attach copy of dispositive order)
           Has a complaint been filed in this matter?    (Yes or No)   __No__
           If yes:
           Magistrate Case No.
           Related Miscellaneous numbers:
           Defendant(s) in federal custody as of    11/13/2014
           Defendant(s) in state custody as of
           Rule 20 from the                         District of

           Is this a potential death penalty case? (Yes or No)   __No__

       7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
           to October 14, 2003?   _____ Yes   __X__ No

       8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior
           to September 1, 2007?  _____ Yes   __X__ No


                                                        _____
                                                        Kurt Lunkenheimer
                                                        ASSISTANT UNITED STATES ATTORNEY
                                                        Florida Bar No./Court No. A5501535

*Penalty Sheet(s) attached                                                    REV 10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CLAUDE THELEMAQUE A/K/A "Teleco,"

**Case No**: 14-20503-CR-WILLIAMS(s)

Count #: 1

Conspiracy to Distribute Cocaine knowing that it would be Imported into the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**