UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20503-CR -WILLIAMS

UNITED STATES OF AMERICA

v.

CLAUDE THELEMAQUE,

    Defendant.
_____/

**UNITED STATES' NOTICE OF INTENT TO USE EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(3) AND 803(8)**

The United States of America, by and through the undersigned government attorney, hereby provides notice of its intent to use a certified public records from Haiti for the D'Electric Haiti pursuant to Federal Rules of Evidence 902(3) and 803(8).[1] The attached documents are attached as Exhibit 1.

Federal Rule of Evidence 902(3) provides that the following item of evidence is "self-authenticating" and requires "no extrinsic evidence of authenticity in order to be admitted":

> A document that purports to be signed or attested by a person who is authorized by a foreign country's law to do so. The document must be accompanied by a final certification that certifies the genuineness of the signature and official position of the signer or attester — or of any foreign official whose certificate of genuineness relates to the signature or attestation or is in a chain of certificates of genuineness relating to the signature or attestation. The certification may be made by a secretary of a United States embassy or legation; by a consul general, vice consul, or consular agent of the United States; or by a diplomatic or consular official of the foreign country assigned or accredited to the United States..

Fed. R. Evid. 902(3).

---

[1] The United States reserves its right to seek the admission of additional foreign public records at trial.

1

Federal Rule of Evidence 803 provides that the following is "not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness":

> A record or statement of a public office if:
>
> (A) it sets out:
>
> (i) the office's activities;
>
> (ii) a matter observed while under a legal duty to report, but not including, in a criminal case, a matter observed by law-enforcement personnel; or
>
> (iii) in a civil case or against the government in a criminal case, factual findings from a legally authorized investigation; and
>
> (B) the opponent does not show that the source of information nor or other circumstances indicate a lack of trustworthiness.

Fed. R. Evid. 803(8).

The last page of the attached documents is a document that records the fact that Claude Thelemaque paid the electric bill for #25 Tabarre and was provided to United States law enforcement by Haitian law enforcement officials.

The Government intends to introduce this document as a self-authenticating foreign public record pursuant to Federal Rules of Evidence 902(3) and 803(8).

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

*/s/ Kurt K. Lunkenheimer*
KURT K. LUNKENHEIMER
Assistant United States Attorney
Florida Bar No.A5501535
U.S. Attorney's Office   SDFL
99 N.E. 4th Street, Suite 600
Miami, FL 33132 2111
Telephone: (305) 961 9008
Facsimile: (305) 536 4699
Email: Kurt.Lunkenheimer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2015, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Kurt K. Lunkenheimer*
KURT K. LUNKENHEIMER
Assistant United States Attorney
