# EXHIBIT 1

## FINAL CERTIFICATION OF GENUINENESS

I certify that the documents/records attached hereto and described below were signed and/or attested by the genuine signature and seal of __Jean Marcel Pincard__ who, in his/her official position as __Director General of Elecvicité d'Haiti__ of Haiti was authorized and empowered by the laws of Haiti to sign and/or attest those documents/records on the dates of their signature and/or attestation.

**Description of Documents/Records:**

Electric Bill for Thelemaque Claude.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

REPUBLIC OF HAITI  ]
CITY OF PORT-AU-PRINCE  ]
EMBASSY OF THE UNITED  ] ss:
STATES OF AMERICA  ]

Christine Buzzard

Vice Consul
Embassy of the United States
Port-au-Prince, Haiti

Date: MAY 1 1 2015

## CERTIFICATTION D'AUTHENTICITÉ DE
## DOCUMENTS PUBLICS ÉTRANGERS/REGISTRES

Je, _Jean Marcel Pinard_ par la présente certifie sous peine de parjure que mon poste au gouvernement d'Haiti est _Directeur General Electricite d'Haiti_, et en ma qualité je suis autorisé par les lois d'Haiti a certifier que les documents/ registres ci-joints et présentés ci-dessous: (1) comme des copies avérées et correctes des originaux des registres officiels et/ou inscriptions dans les dis registres autorisés par les lois d'Haiti afin d'être enregistrés ou classés dans le ___ _Eletricite d'Haiti_ d'Haiti, qui est un bureau ou agence gouvernementale d'Haiti; et (2) qui détermine les exigences du _Electricite d'Haiti_ d'Haiti ainsi que toutes questions respectées et signalées conformément aux obligations imposées par les lois d'Haiti.

**Description des Documents/Registres:**

_Facture d'électricité de Thélémaque Claude_

_____

_____

Nom: _Jean Marcel Pinard_
Titre: _Directeur General_
Agence: _Electricite d'Haiti_

Date: _11/5/15_

## CERTIFICAT FINAL D'AUTHENTICITÉ

Je certifie que les documents/les registres ci-joints et présentés ci-dessous ont été dûment signés et/ou attestés par l'authentique signature et le sceau de _____ Jean Marcel Pinard qui dans sa position officielle comme Directeur General d'Electricité d'Haiti d'Haiti était autorisé et avait le droit d'après les lois d'Haiti de signer et/ou d'attester ces documents/registres en dates de leur signatures et/ou attestation.

**Description des Documents/Registres:**

Facture d'electricité de Thelemaque Claude.

Je certifie sous peine de parjure, d'après les lois des Etats-Unis que ce qui précède est vrai et correct.

REPUBLIC OF HAITI   ]
CITY OF PORT-AU-PRINCE   ]
EMBASSY OF THE UNITED   ] ss:
STATES OF AMERICA   ]

Christine E Buzzard

Vice-Consul
Ambassade des Etats-Unis
Port-au-Prince, Haiti

Date: MAY 1 1 2015

## CERTIFICATION OF AUTHENTICITY OF
## FOREIGN PUBLIC DOCUMENTS/RECORDS

I, _Jean Marcel Pinard_, hereby certify on penalty of perjury that my position with the Government of Haiti is _Directeur General Electricité d'Haiti_ and that in that position I am authorized by the laws of Haiti to certify that the documents/records attached hereto and described below: (1) are true and correct copies of original official records and/or entries in such records that are authorized by the laws of Haiti to be recorded or filed in the _Electricite d'Hai_ of Haiti, which is a government office or agency of the Government of Haiti; and (2) set forth the activities of the _Electricite d'Haiti_ of Haiti and matters observed and reported pursuant to a duty imposed by the laws of Haiti.

**Description of Documents/Records:**

_Electric Bill for Thelemaque Claude._

Name: _Jean Marcel Pinard_
Title: _Directeur General_
Agency: _Electricite d'Haiti_
Date: _11/5/2015_

## SÈTIFIKASYON OTANTISITE DOKIMAN/DOSYE PIBLIK
## ETRANJE

Mwen, _Jean Dancel Pinard_ ak dokiman sa a, mwen sètifye sou penn fè fo sèman ke mwen okipe plas _Direkte General EDH_ nan gouvènman d'Ayiti a epi tou, nan wòl sa a mwen otorize daprè lwa d'Ayiti yo pou m sètifye ke tout dokiman/dosye yo ki akonpaye dokiman sa a epi ki dekri anba a: (1) se yon vre kopi egzak tout dosye ofisyèl orijinal yo ak/oswa tout done ki parèt sou dosye sa yo ki otorize pa lwa ayisyèn yo ki fèt pou anrejistre ak klase nan _Electricite d' Haiti_ d'Ayiti, ki se yon biwo gouvènman oswa yon ajans gouvènman d'Ayiti; epi (2) ki etabli tout aktivite de _Electricite d'Haiti_ d'Ayiti ak tout koze ki respekte ak siyale daprè obligasyon ki enpoze nan lalwa d'Ayiti.

**Deskripsyon Dokiman/Dosye yo:**
_Facture Electricité Thelemaque Claude_

Non: _Jean Dancel Pinard_
Tit: _Directeur General_
Ajans: _Electricite d'Haiti_
Dat: _11/05/15_

## FINAL CERTIFICATION OF GENUINENESS

I certify that the documents/records attached hereto and described below were signed and/or attested by the genuine signature and seal of <u>Jean Marcel Pinard</u> who, in his/her official position as <u>Director General of Electricté d'Haiti</u> of Haiti was authorized and empowered by the laws of Haiti to sign and/or attest those documents/records on the dates of their signature and/or attestation.

**Description of Documents/Records:**

<u>Electric Bill for Thelemaque Claude</u>

_____

_____

_____

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Christine Bizzard*

REPUBLIC OF HAITI  ]
CITY OF PORT-AU-PRINCE  ]  ss:
EMBASSY OF THE UNITED
STATES OF AMERICA

Vice Consul
Embassy of the United States
Port-au-Prince, Haiti

Date: **MAY 1 1 2015**





# ELECTRICITE D'HAITI

No .D.G.E.N...371.

Port-au-Prince, le .................... 30 Mars 2015..................

Monsieur Pierre Pascal VOLCY
Inspecteur Divisionnaire, Responsable a.i
Bureau des Affaires Financières
Et Économiques (BAFE)
En ses bureaux.-

Monsieur,

La Direction Générale de l'Électricité d'Haïti accuse réception de votre correspondance en date du 26 Mars 2015 relative à une requête sur la personne ci-après énumérée.

| Nom | Prénom | NIF |
|---|---|---|
| THELEMAQUE | Claude | 003-287-702-8 |

ADRESSE : Numéro 25, Imp Charitable S/G
Rte de Tabarre
Poteau 006A
Numéro Abonné : 08854-0575
Téléphone : 3702-68-28

Cette Direction, vous informe que ce nom figure dans les fichiers des comptes clients de l'EDH.

La Direction Générale vous prie, **Monsieur**, de croire en l'expression de ses salutations distinguées.

Jean Marcel PINARD
Directeur Général

P.J : Etat de compte
Copie de lettre DCPJ

Adresse Télégraphique: ELECD'HA (Angle Rue Chareron et Blvd Harry Truman Cité de l'Exposition) P.O. Box 1753 Tél.: 23-4600 Télex 20113 Télé Fax: 238750

01 avril 2015
midi

ELECTRICITE D'HAITI
DIRECTION COMMERCIALE

REÇU LE __26 MARS 2015__

REPUBLIQUE D'HAITI

# POLICE NATIONALE D'HAITI
## DIRECTION CENTRALE DE LA POLICE JUDICIAIRE
### BUREAU DES AFFAIRES FINANCIERES ET ECONOMIQUES

DGPNH/DCPJ/BAFE

## RÉQUISITION

Pour
☐ Rendre Service
☐ Effectuer un travail
☐ Expertiser

Priorité
☐ Urgent
☒ Très urgent

L'an deux mille quinze
Le mardi dix sept mars,
A onze heures dix minutes du matin,
Nous, **Pierre Pascal VOLCY**, Inspecteur Divisionnaire, Responsable a.i du Bureau des Affaires Financières et Economiques, de matricule 95-08-09-04319
En résidence en ses Bureaux,
Vu l'article 8 du Code d'Instruction Criminelle,
Vu l'article 31 de la loi portant Création, Organisation et Fonctionnement de la Police Nationale d'Haïti.

## REQUÉRONS

La Direction Générale de l'Electricité d'Haiti (EDH), à l'effet de fournir au Bureau des Affaires Financières et Economiques (BAFE) de la Direction Centrale de la Police Judiciaire (DCPJ), toutes les informations (adresse, copie des bordereaux de paiement et autres) relatives à l'abonné **Thélémaque Claude**, identifié fiscalement au numéro 003-287-702-8. Ce, dans le cadre d'une enquête en cours.

Vu et approuvé par:
DCPJ

Pierre Pascal VOLCY
Inspecteur Divisionnaire
Responsable a.i du BAFE

## NOTIFICATION

Remettons la présente à……………………………………………………………………qui nous déclare accepter la mission qui lui est confiée et s'engage à ne divulguer aucune information à des tiers tout en respectant la confidentialité requise par cette enquête.

## Electricité D'Haïti
### État de compte (FALETA)
Global

Page: 1
15/03/30 08:17
OD2

**08854 -0575**  THELEMAQUE CLAUDE  
#25 IMP CHARITABLE S/G  
Catégorie  RE Résidence énergie  
No compteur  
No téléphone  3703-6828  
No de circuit  

État     Fictif  
Tarif    N Normal  
Séquence 0000  
Dépôt AP 4260.00-

| Mois bord An | Trx | Date | Jours | Lecture | Constante | kWhs Consommation | Montant transaction | Total bordereau |
|---|---|---|---|---|---|---|---|---|
| | | Solde reporté -----> | | | .00 | | | |
| MAR 2010 | AJU | 2010/03/29 | K Facturation dé 0 Serv. 50001 W Dépôt in Lot 46 | | | | 5760.00 | 5760.00 |
| AVR 2010 | ENC | 2010/03/23 | Lot 706  Bureau RDQ | | | | 5760.00- | .00 |
| | | Solde final -------> | | | .00 | | | |

Thélémaque, Claude  
#25 Imp. Charitable S/G  
Route de Tabarre      Poteau : 006-A  
CIF : 003-287-702-8  
Tél : 3702 - 6828