UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20503-CR -WILLIAMS

UNITED STATES OF AMERICA

v.

CLAUDE THELEMAQUE,

      Defendant.
                                                    /

## GOVERNMENT'S NOTICE OF EXPERT TESTIMONY

Pursuant to FED. R. CRIM. P. 16(a)(1)(G), the United States of America, by and through the undersigned Assistant United States Attorney, hereby provides notice of the government's intent to use expert testimony in its case-in-chief at trial. The following are the experts the government intends to call at trial and a summary of the experts' opinions, the bases for those opinions, and the witnesses' qualifications.

(1)    **Matthew D. Mulligan, Forensic Chemist, Drug Enforcement Administration**. Mr. Mulligan examined the suspected contraband recovered on February 23, 2012, by Haitian National Police officers and transferred to DEA custody on April 12, 2012. Mr. Mulligan will testify the suspected contraband is, based on his analysis, cocaine. Mr. Mulligan's expected testimony is based on his professional knowledge and experience as well as his personal knowledge of the testing and results of testing of the samples collected from the contraband recovered in this case. A copy of Mr. Mulligan's *curriculum vitae* and laboratory report is attached as Exhibit 1.

(2) **Todd Golden, Special Agent, Drug Enforcement Administration.** (2) Todd Golden, Special Agent, Drug Enforcement Administration. Mr. Golden is a Special Agent with the Drug Enforcement Administration, with approximately 11 years of law enforcement experience, who is presently assigned to Bogota Country Office in Bogota, Colombia. Prior to being assigned to Bogota, Colombia, Mr. Golden was assigned to the DEA office in Fort Lauderdale, Florida for 7 years. Prior to Mr. Golden's tenure with the Drug Enforcement Administration, Mr. Golden served as a uniformed patrol officer where he was employed by the Dekalb County Police Department for 3 years. While assigned to the Fort Lauderdale District Office, Mr. Golden investigations were primarily focused on Haiti based cocaine traffickers who coordinated and directed the importation and receipt of cocaine laden aircraft from South America to Haiti and the subsequent conveyance of said cocaine from Haiti to South Florida via maritime vessel. Furthermore, Mr. Golden's investigations into the aforementioned drug trafficking syndicates has involved tracking the movement and transportation of large sums of United States Currency (USD) which, upon the sale of cocaine shipments in the United States, said money is funneled back to South America through the transshipment country of Haiti. Mr. Golden has participated in several significant and long term investigations involving the smuggling of cocaine that is cultivated in the indigenous jungles of Colombia, smuggled across the border into Venezuela and transported, primarily via aircraft, from Venezuela through Central America and the Caribbean before final transportation and delivery of said narcotics into the United States. In addition, Mr. Golden has interviewed several high level narcotics traffickers and discussed with them the routes of shipping cocaine, their receiving of

cocaine proceeds, and how they make money of their illegal narcotics ventures. Based on his training, experience, and knowledge, Mr. Golden will testify about the methods and operations of cocaine traffickers, including their methods and routes for shipping contraband and receiving the proceeds of their illicit sales, and the significance of the markings on the cocaine shipped. In particular, Mr. Golden will opine, based on his knowledge, training, and experience, that cocaine shipped from Colombia or Venezuela through Central America and the Caribbean is almost invariably intended to be smuggled into the United States. In addition, Mr. Golden will testify about the distinction between cocaine "source" countries, "transient" or "transshipment" countries, and "consumption" countries. Furthermore, Mr. Golden will testify about the price of cocaine in each of these countries and how cocaine traffickers in these various countries make proceeds off of their illicit sale of cocaine. Such testimony by an experienced law-enforcement officer "help[s] a jury understand the significance of certain conduct or methods of operation unique to the drug distribution business." United States v. Garcia, 447 F.3d 1327, 1335 (11th Cir. 2006).

While Special Agent Todd Golden did play a part in the criminal investigation of the defendant, his testimony will be limited to that of an expert witness, not a fact witness.

Having made this disclosure, the government hereby demands a written summary of expert testimony the defense reasonably expects to offer at trial pursuant to FED. R. EVID. 702, 703 or 705, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    */s/ Kurt K. Lunkenheimer*
    KURT K. LUNKENHEIMER
    Assistant United States Attorney
    Florida Bar No.A5501535
    U.S. Attorney's Office - SDFL
    99 N.E. 4th Street, Suite 600
    Miami, FL 33132-2111
    Telephone: (305) 961-9008
    Facsimile: (305) 536-4699
    Email: Kurt.Lunkenheimer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2015, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    */s/ Kurt K. Lunkenheimer*
    KURT K. LUNKENHEIMER
    Assistant United States Attorney