# EXHIBIT 1

# Matthew D. Mulligan

**United States Department of Justice**
Drug Enforcement Administration
Southeast Laboratory
5405 N.W. 84th Avenue
Miami, FL 33166

**Current Employment:**
Forensic Chemist
DEA Southeast Laboratory
Duties include the analysis of evidence for the presence of controlled substances and to testify in court to results.

**Education:**

M.S. Chemistry, Northeastern University, Boston, MA

B.S. Chemistry, College of St. Rose, Albany, NY

**Training:**

National Forensic Science and Technology Center, Forensic Drug Academy, 2002
Mass Spectrometry Workshop, Florida International University, 2002
Drug Enforcement Administration's Forensic Chemist Training Program, 2002

**Experience:**

*Research Chemist*
The Forsyth Institute, Boston, MA (6/99-1/02)

*Graduate Research Assistant*
Department of Chemistry, Northeastern University, Boston MA (5/98-6/99)

*Graduate Teaching Assistant*
Department of Chemistry, Northeastern University, Boston MA (9/97-6/99)

*Chemist*
Stieffel Research Company, Durham NY (1/97-9/97)

General Electric Company, Schenectady NY (1/96-1/97)

**Honors:**
GAANN Fellowship 1997-1998



U.S. Department of Justice

Drug Enforcement Administration

## LABORATORY REPORT

TO: Miami Field Division
     Ft. Lauderdale District Office

CASE NUMBER: ███

FROM: Southeast Laboratory (SFL4)
      Miami, Florida

**RESULTS AND CONCLUSIONS:**

| Exh. No. | Lab. No. | Active Drug Ingredient (Established or Common Name) | Gross Weight | Net Weight | Conc. or Purity | Amount of Actual Drug | Reserve Weight |
|---|---|---|---|---|---|---|---|
| 2 | 4196337 | Cocaine Hydrochloride | 3539 g | 2997 g (± 0.4 g) | 80.8% (±3.2%) | 2421 g (±96 g) | 2995 g |

**Remarks:**
The reported net weight was determined by direct weighing of all units; the net weight uncertainty value represents an expanded uncertainty estimate at the 95% confidence level.
Cocaine confirmed in 3 units tested of 3 units received. A composite was formed from 3 units for further testing.
Phenyltetrahydroimidazothiazole was confirmed in the composite.
The purity and amount of actual drug uncertainty values represent expanded uncertainty estimates at the 95% confidence level.
Entire exhibit submitted for fingerprint analysis.

Analyzed By: _Matthew D. Mulligan/Forensic Chemist_
(Signature, Printed Name, Title)
Date: 5-17-13

Approved By: _Bradley S. Campbell, Laboratory Director_
(Signature, Printed Name, Title)
Date: 5/17/13

DEA-113 (Oct 2009)

Page 1 of 1

0083

**U.S. Department of Justice**
**Drug Enforcement Administration**

(DO NOT USE FOR NON-DRUG EVIDENCE)
**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED, OR SEIZED**

| 1. Date Prepared: 04-16-2012 | 2. Case Number: [redacted] | 3. File Title: [redacted] | | 4. GDEP #: [redacted] |
|---|---|---|---|---|
| 5. Group Number: Group 1 | 6. Program Code: | 7. Date taken into DEA Custody: 04-13-2012 | 8. Where obtained (Country, City, State): Haiti, Port Au Prince | |

9. Is this document for informational purposes only? [X] No  [ ] Yes

10. How obtained?  [ ] Purchase cost per exhibit: (1)_____ ; (2)_____ ; (3)_____
[X] Seized    [ ] Money Flashed
[ ] Compliance Sample (Non-Criminal)    [ ] Internal Body Carry*
[ ] Free Sample    [ ] Stockpile Reverse Undercover
[ ] Clandestine Laboratory Seizure    [ ] Other:_____
[ ] Regulatory

*A biohazard warning label must be placed on the heat sealed evidence envelope containing the evidence acquired from an internal body carry.

11. If referral, name of referring agency:    11a. Case #:    11b. Seizure #:

12. If seized for forfeiture (pseudoephedrine) and held as evidence or for safekeeping, was a SSF prepared?
[ ] If yes, attach SSF and enter Asset ID (formerly CATS ID) # _____
Provide asset (fair market) value at time of seizure _____
[ ] If no, explain: _____

| 13. Exhibit # | 14. FDIN # | 15. Alleged Drugs | 16. Describe Marks on Labels (Note: If original container is separate from drug, enter subexhibit # and describe original container fully.) | 17. Seized | 18. Submitted | 19. Retained |
|---|---|---|---|---|---|---|
| 2 | | C1 - Cocaine HCL | SSEE # EL000051949 containing three (3) brick shaped kilogram quanity (total of 3 kilograms/6.6 lbs.) of suspected cocaine further contained in unsealed SSEE # EL00082777. | 3 K   3.54k | 3 K | 0 K |

20. Is this a bulk drug seizure? [ ] No  [ ] Yes (If yes, provide date of 60-day letter: _____)
21. Identify: [ ] N/A  [ ] Threshold DEA-7 or  [ ] Bulk DEA-7
22. [X] Fingerprint Analysis Requested for exhibit(s): 2 All 3 kilograms
22a. Compare Latent Prints with subject(s):

| Name | FBI and or State ID Number(s) | Date of Birth | Finger | Palm | None |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |

23. REMARKS:
On April 13, 2012, Port Au Prince, Haiti, Country Attache Gary Coffman transferred custody of Exhibit 2 to DEA Special Agent (SA), Devon Robinson at the Port Au Prince, Haiti international airport. SA Robinson maintained complete care, custody, and control of Exhibit 2 until custody of Exhibit 2 was transferred to SA Michael Mancuso at the Fort Lauderdale International Airport as witnessed by SA Brian Cernak on April 13, 2012. SA Mancuso maintained complete care, custody, and control of Exhibit 2 until custody of Exhibit 2 was transferred to the DEA Fort Lauderdale District Office (FLDO) temporary drug custodian on April 13, 2012 for safekeeping, as witnessed by SA Brian Cernak. On the date below, SA Robinson removed Exhibit 2 from the FLDO temporary drug storage and transferred

24. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: Thomas E Mangiamele, SA
25. Type/Print Name of Supervisor: Thomas J. Browne, GS
24a. Signature and Date: [signature] 04-17-2012
25a. Signature and Date: [signature] A/GS 04-17-2012

**DRUG EVIDENCE CUSTODIAN RECEIPT REPORT (FOR FIELD OFFICE USE ONLY)**

26. No. Packages: 
27. Print/Type Name Received From: 
27a. Signature and Date:
28. SEAL [ ] Broken [ ] Unbroken
29. Print/Type Name Received By: 
29a. Signature and Date:
30. Date Entered Into ENEDS/CERTS:

**LABORATORY EVIDENCE RECEIPT REPORT (FOR LABORATORY USE ONLY)**

31. No. Packages: 1 SEE
32. Print/Type Name Received From: Thomas E Mangramele
32a. Signature and Date: [signature] 4/17/12
33. SEAL [ ] Broken [X] Unbroken
34. Print/Type Name Received By: Anna Pangelinas
34a. Signature and Date: [signature] 4/17/12
35. Laboratory #s: (1) 496337  (2) _____  (3) _____
36. Laboratory Control #s: (1) 231934  Z31935-FP  (2) _____  (3) _____

DEA Form 7 (10/07) (Previous editions are obsolete)    Page 1 of 2    0084

**U.S. Department of Justice**
Drug Enforcement Administration

(DO NOT USE FOR NON-DRUG EVIDENCE)

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED, OR SEIZED - CONTINUATION SHEET**

| 1. Date Prepared: 04-16-2012 | 2. Case Number: | 3. File Title: | | 4. GDEP #: |
|---|---|---|---|---|
| 5. Group Number: Group 1 | 6. Program Code: | 7. Date taken into DEA Custody: 04-13-2012 | 8. Where obtained (Country, City, State): Haiti, Port Au Prince | |

| 13. Exhibit # | 14. FDIN # | 15. Alleged Drugs | 16. Describe Marks or Labels (Note: If original container is separate from drug, enter subexhibit # and describe original container fully.) | Approx. Gross Quantity |||
|---|---|---|---|---|---|---|
| | | | | 17. Seized | 18. Submitted | 19. Retained |

22a. Compare Latent Prints with subject(s):

| Name | FBI and or State ID Number(s) | Date of Birth | Identify type of prints attached |||
|---|---|---|---|---|---|
| | | | Finger | Palm | None |

23. REMARKS: DEA-7 Continuation Form for Exhibit# 2
it to the DEA southeastern laboratory for analysis and safekeeping as witnessed by SA Thomas Mangiamele.

DEA Form 7c (10/08) (Previous editions are obsolete)

0085