AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States of America
v.
Claude Thelemaque

**EXHIBIT AND WITNESS LIST**

Case Number: 14-20503-CR-KMW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kathleen M. Williams | Kurt Lunkenheimer | Albert Levin |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| June 25, 2015 | P. Sanders | A. Greer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6-25 | | ✓ | Special Agent Todd Golden |
| ✓ | | 6-25 | 1 | | Map of N/S + Central America |
| ✓ | | " | 2 | | Map of Haiti |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages