UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20503-CR -WILLIAMS

UNITED STATES OF AMERICA

v.

CLAUDE THELEMAQUE,

    Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following witnesses that it may call at trial:

1. Francisco Javier Anchico-Candelo
2. Jairo Jaimes-Penuela
3. Carlos Acevedo-Rincon
4. Charitable Compare
5. Shawn Alexander, Drug Enforcement Administration
6. Todd Golden, Drug Enforcement Administration
7. Matthew Mulligan, Drug Enforcement Administration
8. Devon Robinson, Drug Enforcement Administration
9. Jorge Ivan Rodriguez Barreto, Colombian National Police
10. Timas Willie, Haitian National Police
11. Daniel Dorce, Haitian National Police
12. Mirfy Bernard, Haitian National Police
13. Jean Raymond Aupont
14. Michael Zackavec, Drug Enforcement Administration Task Force Officer
15. Ken Weidner, Drug Enforcement Administration

1

16. Timothy C. Anderson, Drug Enforcement Administration

17. Carl A. Johnson, Drug Enforcement Administration

18. Efren Sosa, Drug Enforcement Administration

19. Ed Donovan, Drug Enforcement Administration

20. Keith McGreevy, Drug Enforcement Administration

21. Narciso Fernandez, Customs and Border Protection

22. Richard Segedin, Drug Enforcement Administration

23. Efram Melendez, Drug Enforcement Administration

The United States requests leave to add witnesses as may be needed during trial.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: /s/ *Kurt K. Lunkenheimer*
Kurt K. Lunkenheimer
Assistant United States Attorney
Florida Bar No./Court No. A5501535
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9008
FAX (305) 530-7976
Kurt.Lunkenheimer@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Kurt K. Lunkenheimer*
Assistant United States Attorney

2