UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20503-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

CLAUDE THELEMAQUE,

    Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following witnesses that it may call at trial:

1. Francisco Javier Anchico-Candelo  8/6
2. Jairo Jaimes-Penuela  8/7
3. Carlos Acevedo-Rincon — 8/4, 8/5
4. Charitable Compare  8/7
5. Shawn Alexander, Drug Enforcement Administration •8/4
6. Todd Golden, Drug Enforcement Administration
7. Matthew Mulligan, Drug Enforcement Administration  8/4
8. Devon Robinson, Drug Enforcement Administration  8/4
9. Mauricio Pinto Vargas, Colombian National Police
10. Willy Tima, Haitian National Police — 8/7
11. Daniel Dorce, Haitian National Police — 8/5, 8/6
12. ~~Mirfy Bernard, Haitian National Police~~
13. Jean Raymond Aupont
14. ~~Michael Zackavec, Drug Enforcement Administration Task Force Officer~~
15. Ken Weidner, Drug Enforcement Administration — 8/10/15

1

16. ✓ Timothy C. Anderson, Drug Enforcement Administration   8-10-15

17. ~~Carl A. Johnson, Drug Enforcement Administration~~

18. ~~Efren Sosa, Drug Enforcement Administration~~

19. ~~Ed Donovan, Drug Enforcement Administration~~

20. ~~Keith McGreevy, Drug Enforcement Administration~~

✓21. Narciso Fernandez, Customs and Border Protection   (8-10-15)

22. Richard Segedin, Drug Enforcement Administration   George Grecko - 8/7

~~23. Efram Melendez, Drug Enforcement Administration~~

24. Noble Harris, Sp. Agent - DEA (Miami)  (8-10-15)