UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-20503-WILLIAMS(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLAUDE THELEMAQUE,

    Defendant.

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Claude Thelemaque hereby appeals to the Eleventh Circuit Court of Appeals the Judgment entered by this Honorable Court on January 21, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Albert Z. Levin

ALBERT Z. LEVIN, P.A.

Courthouse Center
40 N.W. 3rd Street, Suite 200
Miami, Florida 33128
Telephone: (305) 379-7101
Facsimile: (305) 381-6869
Florida Bar No. 316581
albert@albertlevinlaw.com